No. 97–8315.  SAAVEDRA v. THOMAS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 97–8316.  KENDRICK v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–8317.  JOHNSON v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 97–8320.  PONCE-BRAN v. SACRAMENTO NATURAL FOODS COOPERATIVE, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–8324.  WAINWRIGHT v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 97–8329.  ROBERTS v. CHAMPION, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 97–8335.  CRASE v. HUSKEY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 97–8340.  JOHNSON v. MARTIN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–8343.  ARVIE v. MCHUGH ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–8352.  RUFF v. FEDERAL EXPRESS CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 97–8353.  MCFARLIN v. TRENT, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 97–8356.  VILLEGAS LOPEZ v. ARIZONA.  Super. Ct. Ariz., Maricopa County.  Certiorari denied.

No. 97–8368.  CLARK v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 97–8385.  RAULERSON v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 97–8408.  THOMPSON v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.